JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NEMAN BROTHERS & ASSOC,.
INC., a California Corporation;

      Plaintiff,

      vs.

ZULILY, LLC., a Washington
Limited Liability Company; and
DOES 1-10,
inclusive,

      Defendants.

Case No. 2:18-cv-07391-SVW-FFM

**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Judge: Hon. Stephen V. Wilson

     The parties having so stipulated and agreed, the above-referenced case is hereby dismissed without prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated:  December 28, 2018

_____
The Honorable Stephen V. Wilson
United Stated District Court Judge